UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Karen Jesso, et al.
        Plaintiff,

v.             Case No.: 1:08−cv−03047
             Honorable Robert W. Gettleman

Daniel R. Podgorski, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 7/17/2008. Defendant is granted leave to answer or otherwise plead on or by 8/28/08. Status hearing set for 9/11/2008 at 10:00 AM. Motion for TRO [6] is withdrawn without prejudice.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.