IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN JESSO; MICHAEL JESSO; CAFÉ BORGIA, INC.; and CAFÉ BORGIA REAL ESTATE, LLC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 3047 |
| v. | ) ) | |
| DANIEL R. PODGORSKI, Liquor Commissioner, in his Official Capacity; VILLAGE OF LANSING BOARD OF TRUSTEES, , in its Official Capacity; and VILLAGE OF LANSING, a Municipal Corporation. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants, DANIEL R. PODGORSKI, VILLAGE OF LANSING BOARD OF TRUSTEES and VILLAGE OF LANSING, by and through their attorneys Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C., and requests an extension of time to file their Answer or Otherwise Plead, or until September 10, 2008, and in support of that request states as follows:

1. On July 17, 2008, the Court entered an Order giving Defendants leave to file its answer or otherwise plead by August 28, 2008.

2. This request is necessary because the deadline of August 28 conflicted with multiple work and personal responsibilities of Defendants' attorneys.

3. Therefore, Defendants requests an additional 13 days, or until September 10, 2008, to file their answer or otherwise plead.

4. No trial date has been set in this case, and an extension of time to file the answer or otherwise plead will not disrupt any case deadlines.

5. Plaintiffs' attorney has no objection to the request for extension.

6. Great prejudice will be caused to the Defendants if this Motion is not granted, but there will be little effect on the lawsuit if the Motion is granted.

WHEREFORE, Defendants, DANIEL R. PODGORSKI, VILLAGE OF LANSING BOARD OF TRUSTEES and VILLAGE OF LANSING, pray for an extension of time until September 10, 2008 to file its answer or otherwise plead.

Respectfully submitted,

DANIEL R. PODGORSKI, VILLAGE OF LANSING BOARD OF TRUSTEES and VILLAGE OF LANSING

By: /s/ Gregory S. Mathews
GREGORY S. MATHEWS

Thomas G. DiCianni
Gregory S. Mathews
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2008, I electronically filed the foregoing **Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Shelly Byron Kulwin
Anthony James Masciopinto
Kulwin, Masciopinto & Kulwin
161 N. Clark, #2500
Chicago, IL 60601
(312) 641-0300
skulwin@kmklawllp.com
amasciopinto@kulwinlaw.com


/s/ Gregory S. Mathews
Gregory S. Mathews
gmathews@ancelglink.com