IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN JESSO; MICHAEL JESSO; CAFÉ BORGIA, INC.; and CAFÉ BORGIA REAL ESTATE, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL R. PODGORSKI, Liquor Commissioner, in his Official Capacity; VILLAGE OF LANSING BOARD OF TRUSTEES, , in its Official Capacity; and VILLAGE OF LANSING, a Municipal Corporation. <br><br> Defendants. | No. 08 C 3047 |

**NOTICE OF MOTION**

To:    Shelly Byron Kulwin
Anthony James Masciopinto
Kulwin, Masciopinto & Kulwin
161 N. Clark, #2500
Chicago, IL 60601

PLEASE TAKE NOTICE that on **Wednesday, September 3, 2008**, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Morton Denlow**, in the Courtroom usually occupied by him in **Room 1350** of the U.S. District Courthouse, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is herewith served upon you.

    /s/ Gregory S. Mathews
    GREGORY S. MATHEWS

Gregory S. Mathews
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Shelly Byron Kulwin
Anthony James Masciopinto
Kulwin, Masciopinto & Kulwin
161 N. Clark, #2500
Chicago, IL 60601
(312) 641-0300
skulwin@kmklawllp.com
amasciopinto@kulwinlaw.com


/s/ Gregory S. Mathews
Gregory S. Mathews
gmathews@ancelglink.com