UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Karen Jesso, et al.
                    Plaintiff,

v.                                            Case No.: 1:08−cv−03047
                                              Honorable Robert W. Gettleman

Daniel R. Podgorski, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

　　　MINUTE entry before the Honorable Morton Denlow:Defendant's agreed Motion for extension of time to 9/10/08 to answer or otherwise plead [13] is granted. Motion hearing set for 9/3/08 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.